UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

at Bridgeport CT

Judge Julie A. Manning

Trustee Molly Whiton

*CLERK, U.S. BANKRUPTCY COURT*
*DISTRICT OF CONNECTICUT*
*BRIDGEPORT*
*2017 MAR -3  P 1: 35*
*FILED*

Kenya Moales-Byrd, Debtor in Chapter 13 Bankruptcy filing
Petitioner                              CASE NO: 17-50209

March 3, 2017

### MOTION FOR EXTENSION

1. The Petitioner filed for Chapter 13 bankruptcy

on February 27, 2017, case file history item #1.

2. The Petitioner has to file her schedules within 14 days thereafter.

The Petitioner herewith timely files her motion for extension for good cause.

3. This includes the filing of the forms listed in the Bankruptcy Court

deficiency letter dated February 28, 2017, case history item #4, and the following

forms and documents:

Official Form 122C-1, 106Dec, 106A/B, 106C, 106D, 106E/F, 106G,

106H, 106I, 106J, Statement of Financial Affairs, Summary of Assets and

Liabilities due, Chapter 13 Model Plan, Certificate of Credit Counseling, 6, 7, 22c,

Chapter 13 Statement of your Current Monthly Income and Calculation of

Commitment Period and Chapter 13 Calculation of your Disposible Income (Official Forms B122C-1, B122C-2), Declaration about Debtor's Schedules (Offical Form B106dec for Individuals,) and copies of all payment advices and other evidence of payment; and other relevant forms and documents.

4. The Petitioner is, and has been, in the process of completing the foregoing. However, the Petitioner needs additional time to request certain documents to properly complete the form. This includes obtaining the correct figures from a claim consisting of several creditors with conflicting financial interest in the same claim.

5. Per the Trustee's office, the Petitioner has been told to file for an extension from the Court, no longer than the day before the creditor's meeting, the 341(a). The creditor's meeting is scheduled for April 4, 2017 at 9.00 AM at United States Bankruptcy Court, 915 Lafayette Blvd., Room 326, Courtroom, Bridgeport, CT., case file history item #2.

6. Therefore, the Petitioner asks for an extension to file her schedules and other documents that are due, until April 3, 2017.

7. Wherefore the Petitioner asks the Court to grant an extension until April 3, 2017.

Respectfully, for

the Petitioner,

Kenya Moales-Byrd


By

/s/ Kenya Moales-Byrd

_____

Kenya Moales-Byrd, acting pro se

142 Chatham Terrace,

Bridgeport, CT 06606

Phone: 203-535-4829

## ORDER

The Petitioners foregoing motion for extension of time to April 3, 2017, to file schedules and other documents is hereby

Granted    /    Denied

BY THE COURT,

Dated: _____    _____

Judge/Clerk

## CERTIFICATION

I hereby certify the mailing of a copy of the foregoing, postage prepaid, and/or electronically, on March 3, 2017 to the creditors and the Trustee, including:

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(860)278-9410
mtwhiton@mtwhiton.com

US Bank Trust NA
50 Weston Street
Hartford CT 06120

LSF9 Master Participation Trust
50 Weston Street
Hartford CT 06120

Sacred Heart University
5151 Park Avenue
Fairfield CT 06825

FILED 2017 MAR -3 P 1:36
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

/s/ Kenya Moales-Byrd

Kenya Moales-Byrd,
Acting Pro se

UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

at Bridgeport CT

Judge Julie A. Manning

Trustee Molly Whiton

**FILED**

2017 MAR -3 P 1: 35

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

Kenya Moales-Byrd, Debtor in Chapter 13 Bankruptcy filing
Petitioner                                    CASE NO: 17-50209

March 3, 2017

### CERTIFICATION OF SERVICE
### FOR MOTION FOR EXTENSION

1.     The Petitioner encloses the certification of service for motion for extension filed today.

Respectfully, for

the Petitioner,

Kenya Moales-Byrd


By

/s/ Kenya Moales-Byrd

Kenya Moales-Byrd, acting pro se

142 Chatham Terrace,

Bridgeport, CT 06606

Phone: 203-535-4829


## CERTIFICATION

I hereby certify the mailing of a copy of the foregoing, postage prepaid, and/or electronically, on March 3, 2017 to the creditors and the Trustee, including:

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(860)278-9410
mtwhiton@mtwhiton.com

US Bank Trust NA
50 Weston Street
Hartford CT 06120

LSF9 Master Participation Trust
50 Weston Street
Hartford CT 06120

Sacred Heart University
5151 Park Avenue
Fairfield CT 06825

/s/ Kenya Moales-Byrd

Kenya Moales-Byrd,
Acting Pro se