United States Bankruptcy Court
District of Connecticut

In re:  
Kenya Moales-Byrd  
    Debtor

Case No. 17-50209-jam  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-5     User: rsenteio     Page 1 of 1     Date Rcvd: Mar 02, 2017  
                     Form ID: 104     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.  
db         +Kenya Moales-Byrd,   142 Chatham Ter.,   Bridgeport, CT 06606-2346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:  
        Linda  St. Pierre   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust bankruptcy@huntleibert.com,  lstpierre@huntleibert.com  
        Molly T. Whiton    mtwhiton@mtwhiton.com  
        U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                                                   TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 2, 2017

In re:
    Kenya Moales−Byrd

Debtor*

Case Number: 17−50209 jam
Chapter: 13

### ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The above−named Debtor having filed an *Application to Pay the Filing Fee in Installments* dated February 27, 2017, (ECF No. 3) (Official Form B103A), in accordance with Federal Rule of Bankruptcy Procedure 1006; it is hereby

**ORDERED:** The Debtor pay the filing fee of $310.00 as follows:

  $100.00 Paid on 02/28/2017
03/01/2017

  $100.00 on or before February 28, 2017

  $70.00 on or before March 28, 2017

  $80.00 on or before April 28, 2017

  $60.00 on or before May 30, 2017; and it is further

**ORDERED:** Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case; and it is further

**ORDERED: FAILURE TO PAY THE FINAL INSTALLMENT OR OBTAIN AN EXTENSION TO PAY THE FINAL INSTALLMENT IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1006(b), SHALL RESULT IN THE DISMISSAL OF YOUR CASE.**

Dated: March 2, 2017

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

Checks or money orders should be made payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the person filing the petition. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821).

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 104 − rms